FILED
2019 Mar-04  AM 10:17
U.S. DISTRICT COURT
N.D. OF ALABAMA

JET/MBM: MAR 2019
GJ#59

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# <u>EASTERN DIVISION</u>

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| v. | ) Case No.: |
| | ) |
| **KENNY DEWAYNE GAITHER,** | ) |
| **and** | ) |
| **JAMES RICHARD HEATH, JR.** | ) |

## <u>I N D I C T M E N T</u>

**COUNT ONE:**   [21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C)]

The Grand Jury charges that:

On or about the 1st day of September, 2016, in Talladega County, within the Northern District of Alabama, the defendant,

**KENNY DEWAYNE GAITHER,**

did knowingly and intentionally distribute a mixture and substance containing a detectable amount of methamphetamine, a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

**COUNT TWO: [18 U.S.C. § 922(g)(1)]**

The Grand Jury charges that:

On or about the 1st day of September, 2016, in Talladega County, within the Northern District of Alabama, the defendant,

**KENNY DEWAYNE GAITHER,**

after having been convicted on August 30, 1988, in the Circuit Court of Talladega County, Alabama, of the offenses of Burglary, Third Degree, in cases numbered CC1998-341 and CC1998-342, respectively, each of the said offenses being a crime punishable by a term of imprisonment exceeding one year, did knowingly possess in and affecting commerce a firearm, that is, a Bryco, 9mm pistol, in violation of Title 18, United States Code, Section 922(g)(1).

**COUNT THREE: [18 U.S.C. § 924(c)(1)(A)]**

The Grand Jury charges that:

On or about the 1st day of September, 2016, in Talladega County, within the Northern District of Alabama, the defendant,

**KENNY DEWAYNE GAITHER,**

did knowingly possess a firearm, that is, a Bryco, 9mm pistol, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United

States, that is, the drug trafficking offense alleged in Count One of this Indictment, in violation of Title 18, United States Code, Section 924(c)(1)(A).

**COUNT FOUR : [21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C)]**

The Grand Jury charges that:

On or about the 6th day of September, 2016, in Talladega County, within the Northern District of Alabama, the defendants,

**KENNY DEWAYNE GAITHER,
and
JAMES RICHARD HEATH, JR.,**

did knowingly and intentionally distribute a mixture and substance containing a detectable amount of methamphetamine, a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

**COUNT FIVE: [18 U.S.C. § 922(g)(1)]**

The Grand Jury charges that:

On or about the 6th day of September, 2016, in Talladega County, within the Northern District of Alabama, the defendant,

**KENNY DEWAYNE GAITHER,**

after having been convicted on August 30, 1988, in the Circuit Court of Talladega County, Alabama, of the offense of Burglary Third Degree, in case numbers CC1998-341 and CC1998-342, respectively, each of the said offenses being a

crime punishable by a term of imprisonment exceeding one year, did knowingly possess in and affecting commerce a firearm, that is, a Remington .22 caliber rifle, in violation of Title 18, United States Code, Section 922(g)(1).

**COUNT SIX: [18 U.S.C. § 924(c)(1)(A)]**

The Grand Jury charges that:

On or about the 6th day of September, 2016, in Talladega County, within the Northern District of Alabama, the defendant,

**KENNY DEWAYNE GAITHER,**

did knowingly possess a firearm, that is, a Remington .22 caliber rifle, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, the drug trafficking offense alleged in Count Four of this Indictment, in violation of Title 18, United States Code, Section 924(c)(1)(A).

A TRUE BILL

*/s/ Electronic Signature*

FOREMAN OF THE GRAND JURY

JAY E. TOWN
United States Attorney

*/s/ Electronic Signature*

M. BLAKE MILNER
Assistant United States Attorney